# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0970–2 | User: admin | Date Created: 01/08/2024 |
| Case: 2:23–bk–06880–PS | Form ID: 318 | Total: 19 |

**Recipients of Notice of Electronic Filing:**
aty     J. Blake Mayes     blake@mayestelles.com

                                                                                             TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     PAMELA CHRISTIE HANSON     333 E ENCANTO DR     TEMPE, AZ 85281
tr     ANTHONY H. MASON     Anthony H. Mason, Chapter 7 Trustee     3039 W Peoria Avenue, Ste C102 PMB#128     Phoenix, AZ 85029
smg     AZ DEPARTMENT OF REVENUE     BANKRUPTCY & LITIGATION     1600 W. MONROE, 7TH FL.     PHOENIX, AZ 85007–2650
17080665     ARS National Services Inc     PO Box 469046     Escondido CA 92046–9046
17080664     Arizona Dept of Revenue     1600 W Monroe Street     Phoenix AZ 85007
17080666     Attn: Consumer Support Services     320 E Big Beaver Rd, Ste. 300     Troy MI 48083
17080667     Bank of America     Attn: Bankruptcy     4909 Savarese Circle     Tampa FL 33634
17080668     Capital Management Services, LP     698 1/2 South Ogden Street     Buffalo NY 14206–2317
17080669     Chase Card Services     Attn: Bankruptcy     P.O. 15298     Wilmington DE 19850
17080670     Discover Bank     PO Box 3006     New Albany OH 43054–3006
17080671     Discover Financial     Attn: Bankruptcy     Po Box 3025     New Albany OH 43054
17080672     Fingerhut     Attn: Bankruptcy     6250 Ridgewood Road     Saint Cloud MN 56303
17080673     Internal Revenue Service     4041 N Central Ave     Phoenix AZ 85012
17080674     Midland Credit Management     350 Camino De La Reina, Ste. 100     San Diego CA 92108
17080675     Transworld Systems Inc     PO Box 15618     Dept 800     Wilmington DE 19850
17080677     US Bank/RMS     Attn: Bankruptcy     Po Box 5229     Cincinnati OH 45201
17080676     University Lakes Justice Court     Clerk of the Court     201 E Chicago St     Chandler AZ 85225
17080678     Wells Fargo Bank NA     Attn: Bankruptcy     1 Home Campus Mac X2303–01a 3rd Floor     Des Moines IA 50328

                                                                                            TOTAL: 18